IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>      Plaintiff,<br><br>vs.<br><br>WHEELOCK HORATIO, District Judge, Douglas County District Court; KAYLA, Deputy Clerk District Court Nebraska Douglas County; and CLERK SUPREME COURT NEBRASKA,<br><br>      Defendants. | 4:21CV3177<br><br>MEMORANDUM AND ORDER |

  This matter is before the court on its own motion. On September 27, 2021, an order sent to Plaintiff at his last-known address was returned to this court as undeliverable. (Filing 5.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e), (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

  IT IS THEREFORE ORDERED that:

  1. Plaintiff must update his address by **October 27, 2021**. Failure to do so will result in dismissal of this action without prejudice and without further notice to Plaintiff.

  2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **October 27, 2021**: update of Plaintiff's address due; if none, dismiss.

  DATED this 28th day of September, 2021.

                     BY THE COURT:

                     *Richard G. Kopf*
                     Richard G. Kopf
                     Senior United States District Judge